MICHAEL L. ARMITAGE, Esq., CA Bar No. 152740
LAUREL HALBANY, Esq., CA Bar No. 226549
WATERS, KRAUS & PAUL
222 N. Sepulveda Blvd., Suite 1900
El Segundo, CA 90245
800-226-9880 Telephone
214-777-0470 Facsimile

BRIAN F. LADENBURG, ESQ., *Pro Hac Vice*
BRIAN D. WEINSTEIN, ESQ., *Pro Hac Vice*
BERGMAN, DRAPER & FROCKT
614 First Ave., Third Floor
Seattle, WA 98104
206-957-9510 Telephone
206-957-9549 Facsimile

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT NELSON** and **CYNTHIA NELSON**, <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR & LIQUID SYSTEMS CORPORATION** (sued individually and as successor by merger to BUFFALO PUMPS, INC.); et al., | Case No.   CV10-0997BZ <br><br> [PROPOSED] **ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

GOOD CAUSE appearing, and based on the stipulation of the parties, this action is hereby immediately REMANDED to the Superior Court of the State of California for the County of San Francisco, the court in which it was originally filed and from which it was removed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11 2010      By: _____

HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

1
PROPOSED] ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE COURT